1
2
3
4
5
6
7

8 UNITED STATES DISTRICT COURT

9 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | JOSE RANGEL, | Case No. 2:22-cv-00021-JDP (HC)
12 | Petitioner, | ORDER DIRECTING PETITIONER TO FILE AN APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY THE FILING FEE
13 | v. |
14 | PAUL THOMPSON, |
15 | Respondent. |

16

17 Petitioner, a state prisoner proceeding without counsel, has filed an application for a writ

18 of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not, however, filed an *in forma*

19 *pauperis* affidavit or paid the required filing fee ($5.00). *See* 28 U.S.C. §§ 1914(a); 1915(a).

20 Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of

21 a request to proceed *in forma pauperis* or submit the appropriate filing fee.

22 In accordance with the above, it is hereby ORDERED that:

23 1. Petitioner shall submit, within thirty days of this order, either an affidavit in support of

24 his request to proceed *in forma pauperis* or the appropriate filing fee.

25 2. Petitioner's failure to comply with this order will result in a recommendation that this

26 action be dismissed.

27
28

1

3. The Clerk of the Court is directed to send petitioner a copy of the *in forma pauperis* form used by this district.

IT IS SO ORDERED.

Dated:   April 25, 2022

                                               JEREMY D. PETERSON
                                               UNITED STATES MAGISTRATE JUDGE