United States District Court
Southern District of Texas
**ENTERED**
January 04, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| JOSE GUADALPUE RANGEL-HERNANDEZ | § § § |
| VS. | § CIVIL ACTION NO. M-22-CV-179 § § CRIMINAL ACTION NO. M-12-CR-874-2 |
| WARDEN PAUL THOMPSON, | § § |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Magistrate Judge's Report and Recommendation regarding Movant's construed motion for reconsideration as to the issuance of a certificate of appealability ("COA"). After having reviewed the said Report and Recommendation, and no objections having been filed by either party, the Court is of the opinion that the conclusions in said Report and Recommendation should be adopted by this Court.

It is, therefore, **ORDERED**, **ADJUDGED**, and **DECREED** that the conclusions in United States Magistrate Judge J. Scott Hacker's Report and Recommendation entered as Docket Entry No. 18 are hereby adopted by this Court.

FURTHER, the Court, having adopted the Magistrate Judge's conclusions, is of the opinion that the motion for reconsideration should be **DENIED** and that no COA be issued. The Motion for Appointment of Counsel and Request for Evidentiary Hearing [Dkt. No. 19] is hereby DENIED.

The Clerk shall send a copy of this Order to the parties.

SO ORDERED January 4, 2023, at McAllen, Texas.

*Randy Crane*
Randy Crane
Chief United States District Judge